

## In The
## Court of Appeals
## Sixth Appellate District of Texas at Texarkana

_____

No. 06-07-00178-CR

_____

MELVIN THOMAS WALTON, Appellant

V.

THE STATE OF TEXAS, Appellee

On Appeal from the 124th Judicial District Court
Gregg County, Texas
Trial Court No. 27295-B

Before Morriss, C.J., Carter and Moseley, JJ.
Memorandum Opinion by Chief Justice Morriss

MEMORANDUM OPINION

Melvin Thomas Walton appeals from his conviction on his plea of guilty to the offense of forgery. *See* TEX. PENAL CODE ANN. § 32.21(d) (Vernon Supp. 2007). The sentence was imposed September 27, 2007. Walton filed a notice of appeal November 1, 2007.

According to Rule 26.2, Walton had thirty days after the day sentence was imposed to file a notice of appeal, or timely file a motion for new trial and thereby extend his time to file a notice of appeal. *See* TEX. R. APP. P. 26.2(a)(1), 21.4. Walton's motion for new trial was also filed November 1, 2007, and therefore was not timely. Walton had until October 29, 2007, to file a notice of appeal.[1] No motion for extension of time to file his notice of appeal was filed. *See* TEX. R. APP. P. 26.3.[2] Hence, this appeal is untimely, and we are without jurisdiction to hear this case.

---

[1]Because the actual due date, October 27, 2007, was a Saturday, Walton had until Monday, October 29, 2007, to file his notice of appeal. *See* TEX. R. APP. P. 4.1.

[2]While it is true the Texas Supreme Court interprets Rule 26.3 liberally, implying a motion for extension where a notice of appeal is filed within the fifteen days immediately following the notice's due date (*see Verburgt v. Dorner*, 959 S.W.2d 615, 617 (Tex. 1997)), the Texas Court of Criminal Appeals interprets the rule strictly, requiring a notice of appeal *and* a motion for extension within the fifteen-day period. *See Slaton v. State*, 981 S.W.2d 208, 210 (Tex. Crim. App. 1998); *Olivo v. State*, 918 S.W.2d 519, 522–26 (Tex. Crim. App. 1996).

We dismiss this appeal for want of jurisdiction.


Josh R. Morriss, III
Chief Justice

Date Submitted:     January 8, 2008
Date Decided:       January 9, 2008

Do Not Publish